UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAFAEL T. SOLORIO; MARIA D.SOLORIO; ALFREDO SOLORIO, and DOES 1-10,<br><br>　　　　Defendants. | No. 2:14-cv-2683-MCE-EFB<br><br><br>ORDER |

The assigned magistrate judge held a hearing on Plaintiff's Application for Default Judgment (ECF No. 11) on March 4, 2015. On September 15, 2015, the magistrate judge filed Findings and Recommendations herein (ECF No. 16) which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within fourteen days. No party filed objections to the Findings and Recommendations.

The Court has reviewed the file and finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

///

///

///

1

1. The Findings and Recommendations filed September 15, 2015 (ECF No. 16) are ADOPTED IN FULL; and

2. Plaintiff's Application for Default Judgment (ECF No. 11) is DENIED without prejudice to the filing of a subsequent properly-supported motion.

IT IS SO ORDERED.

Dated:  November 16, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT