UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

RAFAEL T. SOLORIO;
MARIA D. SOLORIO;
ALFREDO SOLORIO; and Does 1-
10,

    Defendants.

Case: 2:14-CV-02683-MCE-EFB

**ORDER**

## <u>ORDER</u>

    Pursuant to Fed. R. Civ. P. 41(a)(2), the entire case is hereby ordered dismissed with prejudice.

    IT IS SO ORDERED.

Dated: May 9, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE